In the Matter of the Arbitration between BRENDA MODES, INC., Appellant, and ARCOLA FABRICS CORP., Respondent (Proceeding No. 1). In the Matter of the Arbitration between ARCOLA FABRICS CORP., Respondent, and BRENDA MODES, INC., Appellant (Proceeding No. 2).

Submitted June 16, 1948; decided July 16, 1948.

*Morris K. Bauer* for motion.
*Sidney B. Josephson* opposed.

Motion denied with leave to renew upon argument.